AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

LBF TRAVEL, INC.
*Plaintiff*

v.   Case No. 13-CV-9143 (LAK)(GWG)

FAREPORTAL, INC. and
WK TRAVEL, INC.
*Defendant*

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Fareportal, Inc. and WK Travel, Inc.

Date: 11/18/2014

*Attorney's signature*

Nathaniel P.T. Read
*Printed name and bar number*

Cohen & Gresser LLP
800 Third Avenue
New York, NY 10022
*Address*

nread@cohengresser.com
*E-mail address*

(212) 957-7600
*Telephone number*

(212) 957-4514
*FAX number*