AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| LBF TRAVEL, INC. <br> *Plaintiff* <br> v. <br> FAREPORTAL, INC. and <br> WK TRAVEL, INC. <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) |

Case No.    13-CV-9143 (LAK)(GWG)

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Fareportal, Inc. and WK Travel, Inc.

Date:     11/18/2014

*Attorney's signature*

Mina S. Reiman
*Printed name and bar number*

Cohen & Gresser LLP
800 Third Avenue
New York, NY 10022
*Address*

mreiman@cohengresser.com
*E-mail address*

(212) 957-7600
*Telephone number*

(212) 957-4514
*FAX number*