AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| LBF TRAVEL, INC. <br> *Plaintiff* <br> v. <br> FAREPORTAL, INC. and <br> WK TRAVEL, INC. <br> *Defendant* | ) ) ) ) ) ) | Case No.   13-CV-9143 (LAK)(GWG) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Fareportal, Inc. and WK Travel, Inc.

Date:  11/18/2014

*[signature]*
*Attorney's signature*

Joyce E. Kung
*Printed name and bar number*

Cohen & Gresser LLP
800 Third Avenue
New York, NY 10022
*Address*

jkung@cohengresser.com
*E-mail address*

(212) 957-7600
*Telephone number*

(212) 957-4514
*FAX number*