USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LBF TRAVEL, INC.,

            Plaintiff,

-against-                                  13-cv-9143 (LAK)

FAREPORTAL, INC., et al.,

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

        Defendants' motion to dismiss the first amended complaint [DI 15] is granted to the extent that LBF's claims for trade dress infringement, a declaratory judgment, and violation of N.Y. Gen. Bus. L. §§ 349-50 are dismissed, in the case of the General Business Law claims without prejudice to the filing, on or before January 19, 2015, of a second amended complaint and in the case of the trade dress infringement and declaratory judgment claims without prejudice to a motion to assert those claims as a counterclaim in the prior action brought by defendants against plaintiff.

        SO ORDERED.

Dated:       January 5, 2015

                                                    _____
                                                    Lewis A. Kaplan
                                             United States District Judge