Nathaniel P. T. Read
nread@cohengresser.com
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, NY 10022
Phone: (212) 957-7069
Fax: (212) 957-4514



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/15

*Attorney for Defendants Fareportal, Inc. and WK Travel, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| LBF TRAVEL, INC., | Case No. 13 Civ. 9143 (LAK) (GWG) |
| Plaintiff, | |
| – against – | |
| FAREPORTAL, INC. and WKTRAVEL, INC., | **STIPULATION FOR EXTENSION OF TIME** |
| Defendants. | |

-------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsels for the parties hereto, that the time for Defendants Fareportal, Inc. and WK Travel, Inc., to answer, move or otherwise respond to the Second Amended Complaint in the above-captioned action is hereby extended from February 2, 2015 through and including February 17, 2015.

It is further stipulated and agreed that facsimile signatures and or email signatures shall have the same force and effect as original signatures.

Dated: January 29, 2015
New York, New York

COHEN & GRESSER LLP

By: /s/ Nathaniel P. T. Read

Nathaniel P. T. Read
nread@cohengresser.com
800 Third Avenue, 21st Floor
New York, NY 10022
Phone: (212) 957-7069
Fax: (212) 957-4514

*Attorney for Defendants Fareportal, Inc. and WK Travel, Inc.*

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By: /s/ Jura C. Zibas

Jura C. Zibas
jura.zibas@wilsonelser.com
150 E 42nd St
New York, NY 10017
Phone: (212) 915-5756
Fax: (212) 490-3038

*Attorneys for Plaintiff LBF Travel, Inc.*

Dated: February 4, 2015      So Ordered: /s/

~~Hon. Lewis A. Kaplan~~
~~United States District Judge~~    xm

**Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York**

2