

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LBF Travel, Inc.,

                           Plaintiff,

    – against –

Fareportal, Inc. and WK Travel, Inc.,

                           Defendants.

------------------------------------------------------------x

13 Civ 9143 (LAK) (GWG)

ECF Case

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

       **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel of record for all parties herein, that this action be and hereby is discontinued with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each side to bear its own costs and attorney's fees.

It is further stipulated and agreed that facsimile and or email signatures shall have the same force and effect as original signatures.

Dated: April 2, 2015
New York, New York

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: /s/ Jura C. Zibas *(by permission)*
Jura C. Zibas
jura.zibas@wilsonelser.com
150 E. 42nd Street
New York, NY 10017
212.490.3000
212.490.3038

*Attorneys for Plaintiff LBF Travel, Inc.*

**COHEN & GRESSER LLP**

By: /s/ Nathaniel P. T. Read
Nathaniel P. T. Read
nread@cohengresser.com
Joyce E. Kung
jkung@cohengresser.com
Mina S. Reiman
mreiman@cohengresser.com
800 Third Avenue, 21st Floor
New York, NY 10022
Phone: (212) 957-7600
Fax: (212) 957-4514

*Attorneys for Defendants Fareportal, Inc. and WK Travel, Inc.*

Dated: 4/3/15       So Ordered: /s/ Lewis A. Kaplan
Hon. Lewis A. Kaplan
United States District Judge